IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEWART WILSON, DEBRA WILSON,
and JOEL WILSON                                                                  PLAINTIFFS

v.                                          Case No. 09-CV-1047

EL DORADO SCHOOL DISTRICT NO. 15;
BOB WATSON, Individually, and in his
Official Capacity as Superintendent;
LARRY WALTERS, Individually, and in
his Official Capacity as Principal of
El Dorado High School                                                            DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendants. (ECF No. 22). Plaintiffs have filed a response. (ECF No. 30) Defendants have replied. (ECF No. 33). Upon consideration, for the reasons set forth in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiffs' claims against all Defendants in their official and individual capacities are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, on this 30th day of January, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge